✎AO 458 (Rev. 10/95)   Appearance

# UNITED STATES DISTRICT COURT

DISTRICT OF

**APPEARANCE**

Case Number:

To the Clerk of this court and all parties of record:

      Enter my appearance as counsel in this case for

      I certify that I am admitted to practice in this court.

_____
Date

/s/ ERICA K. ZUNKEL
_____
Signature

_____
Print Name                                    Bar Number

_____
Address

_____
City                    State              Zip Code

_____
Phone Number                              Fax Number

1 | **ERICA K. ZUNKEL**
California State Bar No. 229285
2 | **FEDERAL DEFENDERS OF SAN DIEGO, INC.**
225 Broadway, Suite 900
3 | San Diego, CA 92101-5008
(619) 234-8467/Fax: (619) 687-2666
4 | E-Mail: erica_zunkel@fd.org

5 | Attorneys for Viki Villalobos-Marquez

6

7

8 | UNITED STATES DISTRICT COURT

9 | SOUTHERN DISTRICT OF CALIFORNIA

10 | **(HONORABLE JAN M. ADLER)**

11 | UNITED STATES OF AMERICA,                )    Case No. 08MJ2289
                                            )
12 |                 Plaintiff,               )
                                            )
13 | v.                                       )    **CERTIFICATE OF SERVICE**
                                            )
14 | VIKI VILLALOBOS-MARQUEZ,                 )
                                            )
15 |                 Defendant.               )
    _____)

16

17 |         Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of her

18 | information and belief, and that a copy of the foregoing document has been served this day upon:

19 |                         U.S. Attorney CR
                        Efile.dkt.gc2@usdoj.gov; and
20
                            Neil R. Trop
21 |                    neiltroplaw@hotmail.com

22 |                         Respectfully submitted,

23

24 | DATED:        July 30, 2008                    /s/ Erica K. Zunkel
                                            **ERICA K. ZUNKEL**
25 |                                         Federal Defenders of San Diego, Inc.
                                            Attorneys for Viki Villalobos-Marquez
26

27

28