UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff )<br>)<br>)<br>vs. )<br>)<br>Viki Villalobos Marquez )<br>)<br>Defendant(s) )<br>_____ ) | CRIMINAL NO. 08mj2289<br><br>ORDER<br><br>RELEASING MATERIAL WITNESS<br><br>Booking No. |

On order of the United States District/Magistrate Judge,

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (Bond Posted / Case Disposed / **Order of Court**).

Maria Angelica Lopez-Cruz
(mw not arraigned - not in usms custody)

DATED: 8/7/08

**JAN M. ADLER**
UNITED STATES DISTRICT/MAGISTRATE JUDGE

RECEIVED _____ (DUSM)

OR

W. SAMUEL HAMRICK, JR. Clerk

by R. Rhone
Deputy Clerk      R. Rhone