UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff ) <br> ) <br> vs. ) <br> ) <br> Viki Villalobos Marquez ) <br> Defendant(s) ) <br> ————————————————— ) | CRIMINAL NO. 08mj2289 <br><br> ORDER <br><br> RELEASING MATERIAL WITNESS <br><br> Booking No. |

On order of the United States District/Magistrate Judge,

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a ~~material~~ witness be released from custody: (Bond Posted / Case Disposed / (Order of Court)).

Edith Perez-Lopez
(mw not arraigned - not in usms custody)

DATED: 8/7/08

RECEIVED _____ /s/ _____
DUSM

**JAN M. ADLER**
UNITED STATES DISTRICT/MAGISTRATE JUDGE

OR

W. SAMUEL HAMRICK, JR.   Clerk

by _Rhea Rhne_
Deputy Clerk

R. Rhone

CLERK'S OFFICE COPY
mc500 Crim-25 rev. 8-95

☆ U.S. GPO: 2003-581-774/70082