# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,       )
                       Plaintiff )    CRIMINAL NO. 08mj2289
                                )
                                )         ORDER
                vs.             )
                                )    RELEASING MATERIAL WITNESS
Viki Villalobos-Marquez         )
                                )    Booking No.
                Defendant(s)    )
_____)

On order of the United States District/Magistrate Judge,

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody:   (Bond Posted / Case Disposed / Order of Court).

Melina Zempualteca-Zempualteca

DATED:   8/7/08

**JAN M. ADLER**

UNITED STATES DISTRICT/MAGISTRATE JUDGE

RECEIVED _____ DUSM

OR

W. SAMUEL HAMRICK, JR.   Clerk

by   Rhea Rhone

**Deputy Clerk**

**R. Rhone**

CLERK'S OFFICE COPY
mc500 Crim-25 rev. 8-95

☆ U.S. GPO: 2003-581-774/70082