UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>　　　　Plaintiff　　　　　　　　)<br>　　　　　　　　　　　　　　　)<br>vs.　　　　　　　　　　　　　)<br>Viki Villalobas Marquez )<br>　　　　Defendant(s)　　　　　)<br>　　　　　　　　　　　　　　　) | CRIMINAL NO. 08mj2259<br><br>ORDER<br><br>RELEASING MATERIAL WITNESS<br><br>Booking No. |

On order of the United States District/Magistrate Judge,

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (Bond Posted / Case Disposed / (Order of Court)).

Ana Gabriela Torres-Aguilera
(m/w not arr; not in usms custody)

DATED: 8/8/08

JAN M. ADLER
UNITED STATES DISTRICT/MAGISTRATE JUDGE

RECEIVED _____
　　　　　　DUSM

OR

W. SAMUEL HAMRICK, JR.  Clerk

by Rhea Rhne
　　　Deputy Clerk
　　　　　　　R. Rhone