AO 455(Rev. 5/85) Waiver of Indictment

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

FILED

AUG - 7 2008

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA | **WAIVER OF INDICTMENT** |
| v. | |
| VIKI VILLALOBOS-MARQUEZ | CASE NUMBER: 08cr2621-W |

I, <u>VIKI VILLALOBOS-MARQUEZ</u>, the above named defendant, who is accused of committing the following offense:

> Inducing and Encouraging Illegal Aliens to Enter and Aiding and Abetting, in violation of Title 8, United States Code, Section 1324(a)(1)(A)(iv) and (v)(II) (Felony),

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on ___7 August 2008___ prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_Viki Villalobos_
Defendant

_____
Counsel for Defendant

Before _____
JUDICIAL OFFICER